## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: EDWARD L. ROACH                     §          Case No. 14-82649
      CHARLENE M. ROACH          §
                                §
         Debtor(s)                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 08/28/2014.

2) The plan was confirmed on 10/31/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 07/22/2016.

6) Number of months from filing or conversion to last payment: 20.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,500.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 8,769.24 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 8,744.24 |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 570.40 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,570.40 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 14,000.00 | 13,347.03 | 13,347.03 | 2,868.51 | 1,305.33 |
| CREDIT ACCEPTANCE | Uns | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 795.00 | 3,732.00 | 3,732.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 3,668.00 | NA | NA | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF | Pri | 642.00 | 711.67 | 711.67 | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF | Uns | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 |
| KANSAS DEPT OF REVENUE | Pri | 669.00 | NA | NA | 0.00 | 0.00 |
| ACE CASH EXPRESS | Uns | 925.86 | NA | NA | 0.00 | 0.00 |
| ALLIANCE RADIOLOGY | Uns | 76.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS CREDIT & | Uns | 111.35 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 950.56 | 330.98 | 330.98 | 0.00 | 0.00 |
| ANIMAL CARE CLINIC | Uns | 133.94 | NA | NA | 0.00 | 0.00 |
| BENEFIT PAYMENT CONTROL | Uns | 5,328.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP | Uns | 702.77 | 811.02 | 811.02 | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 996.35 | 1,092.31 | 1,092.31 | 0.00 | 0.00 |
| CASH JAR | Uns | 520.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**<u>Scheduled Creditors:</u>**

| Creditor<br>Name | Class | Claim<br><u>Scheduled</u> | Claim<br><u>Asserted</u> | Claim<br><u>Allowed</u> | Principal<br><u>Paid</u> | Interest<br><u>Paid</u> |
|---|---|---|---|---|---|---|
| CAVALRY SPV I, LLC | Uns | 564.00 | 563.81 | 563.81 | 0.00 | 0.00 |
| CHECK NET | Uns | 79.35 | NA | NA | 0.00 | 0.00 |
| CHECK SERVICES | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| CWLP | Uns | 222.06 | 142.19 | 142.19 | 0.00 | 0.00 |
| CLIENT SERVICES, INC. | Uns | 560.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 857.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,207.00 | 1,253.02 | 1,253.02 | 0.00 | 0.00 |
| CONSERVICE | Uns | 2,434.17 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 56.00 | 75.90 | 75.90 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 36.39 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Uns | 133.39 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 488.89 | 729.98 | 729.98 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 332.92 | NA | NA | 0.00 | 0.00 |
| CROWN CAPITAL ASSOCIATES | Uns | 10,880.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV, INC. | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| EM SPECIALISTS PA | Uns | 417.00 | NA | NA | 0.00 | 0.00 |
| EYEMASTER | Uns | 159.96 | NA | NA | 0.00 | 0.00 |
| FIRESTONE | Uns | 1,352.03 | NA | NA | 0.00 | 0.00 |
| FITZGERALD FUNERAL HOME | Uns | 9,136.18 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Uns | 996.35 | NA | NA | 0.00 | 0.00 |
| GE MONEY  BANK | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| H. KENT HOLLINS | Uns | 280.32 | NA | NA | 0.00 | 0.00 |
| HY VEE | Uns | 84.89 | NA | NA | 0.00 | 0.00 |
| I.C. SYSTEMS | Uns | 133.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT | Uns | 6,094.44 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 473.51 | 570.06 | 570.06 | 0.00 | 0.00 |
| ILLINOIS PATHOLOGIST SERVICES, | Uns | 9.00 | NA | NA | 0.00 | 0.00 |
| JENKIN & LE BLANC PA | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| JOYNER PROPERTIES | Uns | 1,900.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAIN MANAGEMENT | Uns | 560.00 | NA | NA | 0.00 | 0.00 |
| MENTAL HEALTH CENTER | Uns | 33.03 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 750.49 | NA | NA | 0.00 | 0.00 |
| NICOR GAS COMPANY | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Uns | 328.82 | NA | NA | 0.00 | 0.00 |
| OSF | Uns | 533.39 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| OSF | Uns | 109.21 | NA | NA | 0.00 | 0.00 |
| OSF COMMON BUSINESS OFFICE | Uns | 4,878.00 | NA | NA | 0.00 | 0.00 |
| OSF ST. ANTHONY MEDICAL | Uns | 74,267.75 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,092.21 | NA | NA | 0.00 | 0.00 |
| PREFERRED CREDIT | Uns | 2,136.60 | 1,870.50 | 1,870.50 | 0.00 | 0.00 |
| PRO COM SERVICES OF ILLINOIS, | Uns | 1,825.69 | 1,825.69 | 1,825.69 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,056.42 | 1,056.42 | 1,056.42 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 72.00 | 114.11 | 114.11 | 0.00 | 0.00 |
| ROCKFORD NEUROSCIENCE | Uns | 178.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 959.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Uns | 20,000.00 | NA | NA | 0.00 | 0.00 |
| SHAWNEE MISSION MEDICAL | Uns | 46.57 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS | Uns | 266.62 | NA | NA | 0.00 | 0.00 |
| SOUTHWESTERN BELL TELEPHONE | Uns | 225.95 | 225.95 | 225.95 | 0.00 | 0.00 |
| SPRINT | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| SUREWEST COMMUNICATIONS | Uns | 491.00 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Uns | 442.33 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Uns | 162.13 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 1,693.03 | 1,077.52 | 1,077.52 | 0.00 | 0.00 |
| W. STUART DEXTER DDS | Uns | 544.78 | NA | NA | 0.00 | 0.00 |
| WATER ONE | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 671.83 | 671.83 | 671.83 | 0.00 | 0.00 |
| WESTAR ENERGY | Uns | 1,605.48 | 813.04 | 813.04 | 0.00 | 0.00 |
| WOODLAND TOWNHOMES | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA | Uns | 0.00 | 560.02 | 560.02 | 0.00 | 0.00 |
| ACE CASH EXPRESS 500 CASH | Uns | 856.24 | NA | NA | 0.00 | 0.00 |
| ALL KIDS & FAMILY CARE | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 1,616.52 | NA | NA | 0.00 | 0.00 |
| CASH NET USA | Uns | 720.00 | NA | NA | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF LABOR | Uns | 7,782.31 | 1,803.48 | 1,803.48 | 0.00 | 0.00 |
| WORLD CLASS MOTORS | Uns | 1,335.00 | NA | NA | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF LABOR | Uns | 0.00 | 5,896.56 | 5,896.56 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 13,347.03 | $ 2,868.51 | $ 1,305.33 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,347.03 | $ 2,868.51 | $ 1,305.33 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 4,443.67 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 4,443.67 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 21,519.39 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,570.40 |
| Disbursements to Creditors | $ 4,173.84 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 8,744.24 |

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  <u>10/26/2016</u>                    By:  <u>/s/ Lydia S. Meyer</u>
                                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**